1  SWAIN LAW FIRM
2  Charles Swain (State Bar Number 236014)
   1601 Vine Street, Suite 650
3  Los Angeles, California 90028
4  Tel: (323) 645-0948

5  Zshonette Reed (State Bar Number 228379)
6  LORDEN & REED
   9909 Topanga Canyon Boulevard, Suite 247
7  Chatsworth, California 91311
   Tel: (818) 728-9690
8  Attorneys for Plaintiff WENDY CHAVEZ

9
   Adam Siegel (State Bar Number 238568)
10 Richard B. Azada (State Bar Number 306030)
11 Ariana Sañudo (SBN 324361)
   JACKSON LEWIS P.C.
12 725 South Figueroa Street,
13 Suite 2500
   Los Angeles, CA 90017
14 Tel: (949) 885-5229
15 Attorneys for Defendant
   PARTS AUTHORITY METRO LLC
16

**FILED**
CLERK, U.S. DISTRICT COURT

MAY 4 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: vdr _____ DEPUTY

**JS-6**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19 WENDY CHAVEZ, individually, and on<br>20 behalf of other members of the public in<br>general similarly situated and on behalf of<br>21 other aggrieved employees,<br>22<br>Plaintiffs,<br>23<br>24 vs.<br>25 PARTS AUTHORITY METRO LLC, LLC,<br>26 a California Limited Liability Company;<br>DOES 1 through 100, inclusive,<br>27<br>Defendants.<br>28 | Case No.: 2:21-cv-3563 FMO (MRWx)<br><br>ORDER ON<br>**JOINT STIPULATION** ~~AND ORDER~~<br>**FOR DISMISSAL WITHOUT<br>PREJUDICE** |

## STIPULATION
## ~~ORDER~~

The parties to this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and acting through counsel, hereby stipulate to the Dismissal Without Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated this 27TH day of April, 2021.

By: _____
Charles Swain, Esq.
SWAIN LAW FIRM
*Attorney for Plaintiff Wendy Chavez*

By: _____
Zshonette Reed, Esq.
LORDEN & REED
*Attorney for Plaintiff Wendy Chavez*

By: /s/ Adam Siegel
Adam Siegel, Esq.
JACKSON LEWIS P.C.
*Attorney for Defendant Parts Authority, LLC*
*(erroneously sued as Parts Authority Metro LLC)*

By: /s/ Richard B. Azada
Richard B. Azada, Esq.
JACKSON LEWIS P.C.
*Attorney for Defendant Parts Authority, LLC*
*(erroneously sued as Parts Authority Metro LLC)*

By: /s/ Ariana Sañudo
Ariana Sañudo, Esq.
JACKSON LEWIS P.C.
*Attorney for Defendant Parts Authority, LLC*
*(erroneously sued as Parts Authority Metro LLC)*

# ORDER

The parties to this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and acting through counsel, hereby stipulate to the Dismissal Without Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated this 27TH day of April, 2021.

By: _____
Charles Swain, Esq.
SWAIN LAW FIRM
*Attorney for Plaintiff Wendy Chavez*

By: _____
Zshonette Reed, Esq.
LORDEN & REED
*Attorney for Plaintiff Wendy Chavez*

By: _____
Adam Siegel, Esq.
JACKSON LEWIS P.C.
*Attorney for Defendant  Parts Authority, LLC
(erroneously sued as Parts Authority Metro LLC)*

By: _____
Richard B. Azada, Esq.
JACKSON LEWIS P.C.
*Attorney for Defendant  Parts Authority, LLC
(erroneously sued as Parts Authority Metro LLC)*

By: _____
Ariana Sañudo, Esq.
JACKSON LEWIS P.C.
*Attorney for Defendant  Parts Authority, LLC
(erroneously sued as Parts Authority Metro LLC)*

## ORDER

The stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed without prejudice.

Dated:   May 4, 2021

_____ /s/
Hon. Fernando M. Olguin

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is as follows:

1601 Vine Street, Sixth Floor Los Angeles, CA 90028

On the third day of May 2021, I served the foregoing documents described as follows:

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** on the interested parties in this action as follows:

Adam Siegel (State Bar Number 238568)

Richard B. Azada (State Bar Number 306030)

Ariana Sañudo (SBN 324361) Attorneys for Defendant

JACKSON LEWIS P.C.

725 South Figueroa Street,

Suite 2500

Los Angeles, CA 90017

**[X]** (BY ELECTRONIC TRANSMISSION) I served electronically from the electronic notification address of admin@swainlawfirm.org the document described above and a copy of this declaration to the person and at the electronic notification address set forth herein. The electronic transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on 3 May, 2021 at Los Angeles, California.

Executed on third day of May 2021, at Los Angeles, California.

      I declare under penalty of perjury under the law of the State of California that the above is true and correct.

_____
Tonya Swain